UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DORIS M. GOHMAN,   CIVIL NO. 03-6442 (DSD/JSM)

   Plaintiff,

v.   <u>ORDER</u>

WELLS FARGO & CO., et al.,

   Defendants.

The above matter came on before the undersigned upon Plaintiff's Motion and Memorandum of Law in Support of Rule 60(a) Relief and in Support of Plaintiff's Motion for Leave to File Response to Defendant Trans Union's Second Supplemental Brief [Docket No. 47].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1.   As plaintiff correctly points out, the following sentence should not have been included in this Court's July 26, 2004 Order: "And the Court having considered said motion and been duly advised now finds that Trans Union's Motion To Compel should be and is hereby GRANTED." Therefore, this Court's Order dated July 26, 2004 [Docket No. 44] is vacated.

2.   Defendant Trans Union's Motion for Leave to File Second Supplemental Brief in Support of Its Motion to Compel Based on Newly Discovered Evidence and in Support of Its Motion to Compel [Docket No. 41] is granted. Trans Union shall file its Second Supplemental Brief in the form attached to its motion as Exhibit B.

3. Plaintiff's Motion for Leave to File Response to Defendant Trans Union's Second Supplemental Brief [Docket No. 47] is granted. Plaintiff is hereby granted leave to file its Response to Defendant Trans Union's Second Supplemental Brief in the form attached to its motion as Exhibit A.

Dated: August 9, 2004

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge